## ORDER

PER CURIAM:

Walter L. Ross appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm. Rule 84.16(b).

## ORDER

PER CURIAM:

Lisa Shannon appeals from the order of the Labor and Industrial Relations Commission finding that she is ineligible for unemployment benefits because she voluntarily quit her employment without good cause attributable to her work or her employer. For the reasons explained in a memorandum provided to the parties, we find no error and affirm the Commission's order. Rule 84.16(b).

■

**Lisa SHANNON, Appellant,**

v.

**MARSHALL SCHOOLS and Division of Employment Security, Respondents.**

**No. WD 76337.**

Missouri Court of Appeals,
Western District.

April 1, 2014.

■

**Leo Demarcus ROLAND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76398.**

Missouri Court of Appeals,
Western District.

April 1, 2014.

Michael J. Joshi, Lenexa, KS, for appellant.

Larry R. Ruhmann, Jefferson City, MO, for respondent Division of Employment Security.

Margaret A. Hesse, St. Louis, MO, for Respondent Marshall Schools.

Before DIV II: GARY D. WITT, Presiding Judge, LISA WHITE HARDWICK, Judge and ALOK AHUJA, Judge.

Mary R. O'Neill, for Appellant.

Todd T. Smith, for Respondent.

Before Division Three: ANTHONY REX GABBERT, Presiding Judge, VICTOR C. HOWARD, Judge and THOMAS H. NEWTON, Judge.

### *ORDER*

PER CURIAM:

Leo Roland appeals the judgment of the motion court denying his Rule 24.035 mo-